IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3051 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY L. BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

    The plaintiff has filed a complaint and a request to proceed in forma pauperis ("IFP") (filing no. 10).  The court has received a statement in support of the plaintiff's motion to proceed IFP.  The Court acknowledges that the plaintiff has already paid the $250.00 filing fee for this civil rights complaint.  After review of the record, I will grant the plaintiff's motion to proceed in forma pauperis from this point forward in this case.

    SO ORDERED.

    DATED this 6th day of June, 2006.

                                                     BY THE COURT:

                                                     s/F.A. GOSSETT
                                                     United States Magistrate Judge