IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | |
| | ) | 4:06CV3051 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY L. BURNS, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 9, the motion for an extension of time, filed by the plaintiff, and filing no. 11, the objection to filing no. 9, filed by the defendant. In filing no. 9, the plaintiff requests an extension of time in which to comply with the Planning Conference requirements and seek legal representation. Upon review of the record, I will grant the motion, and the plaintiff] shall have until June 29, 2006 to comply with the court's Planning Conference Order (filing no. 7). The defendant's objection, filing no. 11, is overruled.

    Also before the court is filing no. 15, the motion for status of case, filed by the plaintiff. In filing no. 15, the plaintiff requests to know the current status of his case. Plaintiff's motion to proceed in forma pauperis (filing no. 10) was granted on June 6, 2006 (filing no. 12). The plaintiff's motion for an extension of time regarding the planning conference was granted in this order. I am presently the assigned judge on this case. Filing no. 15 is granted.

    SO ORDERED.

    DATED this 16th day of June, 2006.

    BY THE COURT:

    s/F.A. GOSSETT
    United States Magistrate Judge