IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3051 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY L. BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

  I have received a letter dated July 2, 2006, from the plaintiff, Marlin E. Jones (Filing No. 17), and I construe the letter as a Motion for Extension of Time to File a Planning Report. The plaintiff also asks for information concerning how to initiate a planning meeting with opposing counsel. The plaintiff's motion (No. 17) is granted, and the parties shall have until **July 31, 2006** to file their joint planning report. If they require a short extension of time, either party may file a motion before July 31. Because the plaintiff is pro se, I request that counsel for the defendant, Daniel L. Hartnett, initiate the process of arranging a meeting and complying with the court's Scheduling Packet/Planning Conference Order (filing no. 7). As this case has been on file since March of 2006, I rely on both parties to cooperate in expediting the Planning Report.

  SO ORDERED.

  DATED this 10th day of July, 2006.

              BY THE COURT:

              s/ F.A. Gossett
              United States Magistrate Judge