IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | |
| | ) | 4:06cv3051 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| TERRY L. BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing nos. 19 and 20, the parties' Motions to extend the deadline to file the Report of their Planning Conference. Filing nos. 19 and 20 are granted, and the parties shall have until August 28, 2006 to file the Report.

SO ORDERED.

DATED this 7th day of August, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge