# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN E. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CV3051 |
| vs. ) | |
| ) | ORDER |
| TERRY L. BURNS, ) | |
| ) | |
| Defendant. ) | |

For all the reasons explained in the court's previous orders denying plaintiff's motions to appoint counsel,

**IT IS ORDERED** that plaintiff's request to submit further information on this issue [63] is denied.

**DATED August 8, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**