IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN E. JONES, | ) |
| Plaintiff, | ) |
| vs. | ) 4:06CV3051 |
| | ) ORDER |
| TERRY L. BURNS, | ) |
| Defendant. | ) |

    Plaintiff requests my recusal and that this case be reassigned to another judge because I have denied his motions for appointment of counsel.

    **IT IS ORDERED** that plaintiff's "MOTION TO RECUSE AND RE-ASSIGNMENT" is denied.

    **DATED August 14, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**