# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN E. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CV3051 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| TERRY L. BURNS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 7.1(b)(1)(B) and Fed. R. Civ. P. 6(e),

**IT IS ORDERED** that plaintiff's response to defendant's Motion for Summary Judgment [67] shall be filed with the Clerk of the Court no later than **Monday, September 10, 2007.**

DATED August 17, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge