# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN E. JONES,        )  | |
| )    | |
| Plaintiff,     ) | |
| )    | 4:06cv3051 |
| vs.             ) | |
| )    | TRIAL ORDER |
| TERRY L. BURNS,    ) | |
| )    | |
| Defendant.   ) | |

A telephonic status conference was held on June 22, 2009. Jonathan Blum represented the defendant. The plaintiff appeared *pro se*. As discussed during the status conference,

**IT IS ORDERED:**

1. A **non-jury trial** will be held on **Tuesday, October 20, 2009 at 9:00 a.m.** before the undersigned in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. **Final Pretrial Conference.**

    a. **Final Pretrial Order.** Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2)[1]. The Order should be submitted to the defendant and to any other parties by **September 10, 2009**. The plaintiff shall provide additions and/or proposed deletions to the defendant's attorney by **September 24, 2009.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court no later than **October 1, 2010.** If a party proposes an addition or deletion which is not agreed to by all the other parties, or if a party refuses to participate in drafting the Order, such facts should be noted in the text of the document.

---

[1]The Nebraska Civil Rules (NECivR) are posted on the court's web site, http://www.ned.uscourts.gov/localrules/NECivR-20090130.pdf. An acceptable pretrial order form is available from the clerk or on the court's Web site, http://www.ned.uscourts.gov/forms > "Order on Final Pretrial Conference."

      b. The **Final Pretrial Conference** will be held before the undersigned on **October 6, 2009 at 1:30 p.m.** in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, Nebraska. Prior to the pretrial conference, all items as directed in NECivR 16.2 shall have been completed so that trial may begin at any time following the Final Pretrial Conference.

3. The Clerk shall mail a copy of this Order to the plaintiff at his last known address.

**DATED June 22, 2009.**

                **BY THE COURT:**

                s/ F.A. Gossett
                **United States Magistrate Judge**