IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CV3051 |
| vs. | ) | |
| | ) | ORDER |
| TERRY L. BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

1. Plaintiff's request for appointed counsel (Doc. 111) is denied, for the reasons stated in the court's previous orders denying plaintiff's prior requests for appointed counsel.

2. The Clerk shall mail a copy of this Order to the plaintiff at his last known address.

**DATED August 25, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**