IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CV3051 |
| vs. | ) | |
| | ) | ORDER |
| TERRY L. BURNS, | ) | |
| | ) | |
| Defendant. | ) | |

The trial of this matter is set for October 20, 2009 in Omaha, Nebraska. On September 23, 2009, plaintiff filed a "Motion for Change of Venue," requesting that trial be held in North Platte, Nebraska. The motion was not timely filed and, for that reason, will be denied.

**IT IS ORDERED** that plaintiff's "Motion for Change of Venue" (Doc. 115) is denied.

**DATED September 23, 2009.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**